1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10

11   LULA MAE TAYLOR,                          Case No.:  20-cv-1987-DMS-AGS

12                         Plaintiff,
                                               **ORDER GRANTING MOTION FOR**
13   v.                                        **EXTENSION OF TIME TO**
                                               **RESPOND**
14   JULIA CRAIG KELETY, et al.,

15                         Defendants.

16
         On December 9, 2020, Plaintiff Lula Mae Taylor, proceeding *pro se*, filed a motion
17
     for extension of time to respond to Defendants Tracey Martino, Stifter Law Corp., and John
18
     Joseph Stifter IV's ("Defendants") motion to dismiss.  (ECF No. 10.)
19
         Plaintiff requested this extension after the time to respond to Defendants' motion
20
     had expired.  Accordingly, to meet the good cause requirement for extension of time,
21
     Plaintiff must show excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).  The determination of
22
     whether neglect is excusable is an equitable one that depends on at least four factors:
23
     "(1) the danger of prejudice to the non-moving party, (2) the length of delay and its
24
     potential impact on judicial proceedings, (3) the reason for the delay, including whether it
25
     was within the reasonable control of the movant, and (4) whether the moving party's
26
     conduct was in good faith."  *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004) (en
27
     banc) (citing *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395
28

1

1    (1993)).

2         After considering these factors, the Court finds Plaintiff's neglect is excusable.

3    Plaintiff is 82 years old and states she did not have sufficient time to respond due to

4    disabilities and medical conditions.  (ECF No. 10 at 7.)  Plaintiff did attempt to meet and

5    confer with Defendants on November 20, 2020.  (*Id.*)  Allowing Plaintiff additional time

6    to file will not unduly prejudice Defendants or have a significant impact on the judicial

7    proceedings.

8         Accordingly, the Court **GRANTS** Plaintiff's request for an extension of time to

9    respond.  Plaintiff shall file her opposition to Defendants' motion to dismiss within

10   **fourteen (14) days** of this Order.

11        **IT IS SO ORDERED.**

12   Dated:  December 21, 2020

13

                         Hon. Dana M. Sabraw
14                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20-cv-1987-DMS-AGS